JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINGBO YITUO ENTERPRISE MANAGEMENT CO., LTD AND NINGBO YIWEI MUYINYONGPING YOUXIANGONGSI,<br><br>    Plaintiffs,<br><br>  v.<br><br>GOPLUS CORP.,<br><br>    Defendant. | Case No. 5:24-cv-02548-AJR<br><br>**JUDGMENT** |

Pursuant to the Court's Memorandum Decision and Order Conditionally Granting Motion to Withdraw (Dkt. 62) and Request for Withdrawal of Counsel (Dkt. 63), as well as Dismissing Action with Prejudice for Failure to Prosecute and Obey Court Orders,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Judgment is entered in Defendant's favor and against Plaintiffs in the amount of $28,415.00, which represents the $27,145.00 Plaintiffs were ordered to pay

1  Defendant on or before November 3, 2025, (Dkt. 61), plus $1,000 in sanctions for
2  late payment.  (<u>See</u> Dkt. 68.)  This amount shall accrue post-judgment interest at the
3  Federal statutory rate.

5  DATED:  January 8, 2026

*[signature: Joel Richlin]*

HON. A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE